Philip A. Goldstein
McGuireWoods LLP
1251 Avenue of the Americas, 20th Floor
New York, New York 10020-1104
(212) 548-2167
pagoldstein@mcguirewoods.com

*Counsel for Kevin M. Dickau*

**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEW JERSEY**

**Trenton Division**

| | | |
|---|---|---|
| KEVIN M. DICKAU, | ) | |
| Petitioner, | ) | **FILED UNDER SEAL** |
| v. | ) | **Civil No. 3:25-CV-3174**<br>**Criminal No. 3:20-CR-783** |
| UNITED STATES, | ) | **Motion Date: May 19, 2025** |
| Respondent. | ) | |

**PLEASE TAKE NOTICE** that, upon the accompanying Memorandum of Law, the Declaration of Philip A. Goldstein and the exhibit(s) annexed thereto, and upon all prior pleadings and proceedings in this action, Petitioner Kevin M. Dickau ("Petitioner"), by and through his undersigned attorneys, shall move this Court before a United States District/Magistrate Judge, at the United States District Court for the District of New Jersey, Clarkson S. Fisher Building & U.S. Courthouse, 402 East State Street, Trenton, New Jersey 08608, on May 19, 2025, or as soon thereafter

as counsel may be heard, for an Order granting Petitioner's Motion to Vacate, Set Aside or Correct Defendant's Sentence Pursuant to 28 U.S.C. § 2255, reducing the sentence to a term not to exceed six months of imprisonment, and for such other, further or different relief as the Court deems just and proper.

**PLEASE TAKE FURTHER NOTICE** that oral argument is requested if this Motion is opposed, pursuant to Local Civil Rule 78.1(b); and

**PLEASE TAKE FURTHER NOTICE** that a proposed form of Order is attached hereto.

Dated: New York, New York
April 23, 2025

Respectfully Submitted,

**MCGUIREWOODS LLP**

By: */s/ Philip A. Goldstein*

Philip A. Goldstein
MCGUIREWOODS LLP
1251 Avenue of the Americas, 20th Floor
New York, NY 10020-1104
Telephone: (212) 548-2167
Fax: (212) 548-2150
Email: pagoldstein@mcguirewoods.com

Laura Colombell Marshall
(*pro hac vice application forthcoming)*
McGUIREWOODS LLP
Gateway Plaza
800 East Canal Street
Richmond, Virginia 23219-3916
Tel: (804) 775-1000
Fax: (804) 775-1061
lmarshall@mcguirewoods.com

*Counsel for Kevin M. Dickau*