ALINA HABBA
United States Attorney
GEORGE M. BARCHINI
Assistant U.S. Attorney
970 Broad Street
Newark, New Jersey 07102
(973) 297-2085
George.Barchini@usdoj.gov

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| KEVIN M. DICKAU<br><br>v.<br><br>UNITED STATES OF AMERICA | Hon. Zahid N. Quraishi, U.S.D.J.<br><br>Civil Action No. 25-3174 (ZNQ)<br><br>**NOTICE OF MOTION TO SEAL** |

To: CLERK OF THE COURT
United States District Court
Clarkson S. Fisher Building
& U.S. Courthouse
402 East State Street Room 2020
Trenton, NJ 08608

PHILIP A. GOLDSTEIN
MCGUIREWOODS LLP
1251 Avenue of the Americas, 20th Floor
New York, New York 10020-1104
(212) 548-2167
pagoldstein@mcguirewoods.com

LAURA COLOMBELL MARSHALL (*pro hac vice)*
McGUIREWOODS LLP
Gateway Plaza
800 East Canal Street
Richmond, Virginia 23219-3916
Tel: (804) 775-1000
Fax: (804) 775-1061
lmarshall@mcguirewoods.com

*Counsel for Kevin M. Dickau*

PLEASE TAKE NOTICE that on June 10, 2025, the United States of America will move before the United States District Court, in Trenton, New Jersey, for an order sealing the Government's Response in Opposition to Defendant Kevin M. Dickau's Motion to Vacate, Set Aside, or Correct his Sentence pursuant to 28 U.S.C.

§ 2255 (the "Defendant's Motion"), as well as accompanying Exhibits A, C, and D to the Government's Response in Opposition to the Defendant's Motion, and the Declaration of George M. Barchini and the Proposed Order, Findings of Fact, and Conclusions of Law in support of this Notice of Motion. On May 28, 2025, the Government filed its Response in Opposition to the Defendant's Motion and Exhibits A, B, C, and D under temporary Seal. ECF No. 14. On May 28, 2025, the Court sealed the Government Response in Opposition to the Defendant's Motion and Exhibits A, B, C, and D.

In support of this Motion, the Government submits the Declaration of George M. Barchini, with Appendix, dated June 10, 2025, and the Proposed Order, Findings of Fact, and Conclusions of Law. The Government respectfully requests that the Court decide this motion without oral argument under Local Civil Rule 78.1(b).

Respectfully submitted,

ALINA HABBA
United States Attorney

By: *\/s/ George M. Barchini*
GEORGE M. BARCHINI
Assistant U.S. Attorney

Dated: June 10, 2025