ALINA HABBA
United States Attorney
GEORGE M. BARCHINI
Assistant U.S. Attorney
970 Broad Street
Newark, New Jersey 07102
(973) 297-2085
George.Barchini@usdoj.gov

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| KEVIN M. DICKAU | Hon. Zahid N. Quraishi, U.S.D.J. |
| v. | Civil Action No. 25-3174 (ZNQ) |
| UNITED STATES OF AMERICA | **CERTIFICATE OF SERVICE** |

I hereby certify that on June 10, 2025, I electronically filed a copy of the following documents with the Clerk of Court in accordance with the Court's electronic filing procedures and that a copy of each of these documents was served via electronic filing on all counsel of record: Notice of Motion to Seal; the Declaration of George M. Barchini with Appendix; the Proposed Findings of Fact, Conclusions of Law, and Order; and this Certificate of Service.

By: *_/s/ George M. Barchini_*
GEORGE M. BARCHINI
Assistant United States Attorney