Philip A. Goldstein
McGuireWoods LLP
1251 Avenue of the Americas, 20th Floor
New York, New York 10020-1104
(212) 548-2167
pagoldstein@mcguirewoods.com

*Counsel for Petitioner Kevin M. Dickau*

**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEW JERSEY**

**Trenton Division**

| | | |
|---|---|---|
| KEVIN M. DICKAU, | ) | **FILED UNDER SEAL** |
| Petitioner, | ) | Civil No. 3:25-CV-3174<br>Criminal No. 3:20-CR-783 |
| v. | ) | **DECLARATION OF PHILIP A. GOLDSTEIN IN SUPPORT OF PETITIONER'S MOTION PURSUANT TO 28 U.S.C. § 2255** |
| UNITED STATES, | ) | |
| Respondent. | ) | **Motion Date: May 19, 2025** |

I, Philip A. Goldstein, hereby declare as follows:

1. I am counsel with the law firm McGuireWoods LLP, attorneys for Petitioner Kevin M. Dickau ("Petitioner"). As counsel for the Petitioner, I am familiar with the pleadings, facts, and circumstances in this action, and I submit this declaration in support of Petitioner's Motion to Vacate, Set Aside or Correct Defendant's Sentence Pursuant to 28 U.S.C.§ 2255.

2. [redacted]

3. Attached as **Exhibit 2** is a true and correct copy of a Declaration of Katherine Corrigan, counsel of record in the underlying criminal case, dated April 23, 2025.

4. Attached as **Exhibit 3** is a true and correct copies of email correspondence from AUSA Jason Gould dated January 26, 2024.

5. Attached as **Exhibit 4** is a true and correct copy of email correspondence between AUSA George Barchini and Laura Colombell Marshall dated September 18 and 23, 2024.

6. Attached as **Exhibit 5** is a true and correct copy of correspondence from Laura Colombell Marshall to AUSA George Barchini dated December 22, 2024.

7. Attached as **Exhibit 6** is a true and correct copy of email correspondence between AUSA George Barchini and Laura Colombell Marshall dated between December 20024 and January 2025.

8. Attached as **Exhibit 7** is a true and correct copy of email correspondence from Laura Colombell Marshall to AUSA George Barchini dated February 11, 2025.

I declare under the penalty of perjury and pursuant to 28 U.S.C. § 1746 that the foregoing is true and correct.

Executed on April 23, 2025 in New York, New York.

*<u>/s/ Philip A. Goldstein</u>*

Philip A. Goldstein
McGuireWoods LLP
1251 Avenue of the Americas, 20th Floor
New York, NY 10020-1104
Telephone: (212) 548-2167
Fax: (212) 548-2150
Email: pagoldstein@mcguirewoods.com

*Counsel for Kevin M. Dickau*